4:22-mj-768

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF<br>CRIMINAL COMPLAINT | Case No.   4:22-mj-768<br><br>[FILED UNDER SEAL] |

## INTRODUCTION AND AGENT BACKGROUND

I, David Lowe, having been duly sworn on oath, do depose and state as follows:

1. I am a Detective with the Altoona Police Department and have been since September 2017. I previously served at the Ottumwa Police Department as a Patrol Officer and Investigator from August 2012 through September 2017. I left the Ottumwa Police Department in good standing. I have successfully completed law enforcement certification from the Iowa Law Enforcement Academy, graduating in December 2012. During my law enforcement career, I have received training in, and been assigned investigations of various types of criminal activity, including, but not limited to; death and homicide investigations, violent crime offenses, assault offenses, fraud, narcotic/drug trafficking offenses, and sex-based crimes. As a result of these investigations, I have interviewed victims and suspects, collected evidence, written and obtained search warrants, and arrested offenders. I have assisted with and investigated both federal and state narcotics and child pornography cases.

2. I have attended schools and obtained certification including but not limited to the following: firearm and rifle instructor, Smith & Wesson Armorer, interview and interrogation schools, drug crime scene investigation school, forensic



4:22-mj-768

trauma interviewing school, certified evidence technician school, homicide and death investigation school, Cellebrite certification, multiple sex crime schools, Police Training Officer school, active shooter schools, search warrant school, identifying deceptive behavior school, sex trafficking and online enticement investigations school, Internet Crimes Against Children investigations school, among other certifications and conferences.

 3. Since September 2020, as part of my duties as an Altoona Police Department detective, I have been assigned to work alongside the Iowa Internet Crimes Against Children Task Force (ICAC) in coordination with the Iowa Department of Safety's Division of Criminal Investigation (DCI). I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, and criminal violations pertaining to Iowa Code Chapter 728. I have received training in the area of child pornography and child exploitation, including training from ICAC and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256, and as in Iowa Code Chapter 728) in various forms of media including computer media.

 4. I have been deputized as a Federal Task Force Officer to the Federal Bureau of Investigation (FBI) since spring of 2022. Since then, I have been a sworn task force officer with the FBI Child Exploitation Task Force based in Omaha, Nebraska, as a part of the Des Moines, Iowa Region. In my work in relation to child

4:22-mj-768

exploitation and pornography, I have sought and obtained multiple search warrants, which have resulted in the seizure of materials associated with child exploitation and pornography.

5.    **Federal Authority.** As a result of my involvement with the FBI Child Exploitation Task Force, I have received special federal deputation authority, which among other things, allows me to seek and execute federal arrest and federal search warrants supporting a federal task force.

6.    **Sources of Information Supporting Probable Cause.** The facts in this affidavit come from my personal observations and investigation, my training and experience, and information obtained from other witnesses and law enforcement officers engaged in this investigation.

7.    Because the information in this affidavit is provided for the limited purpose of establishing probable cause that Johnnie Bertrum MELING committed the below-described offense, I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

8.    As will be shown, there is probable cause to believe that Johnnie Bertrum MELING, from on or about October 18th, 2022, to on or about October 26th,

4:22-mj-768

2022, committed the offense of Attempted Enticement of a Minor under Title 18 USC 2422(b).

## PROBABLE CAUSE

9.  **Defendant:** The defendant in this investigation is Johnnie Bertrum MELING (DOB: XX/XX/1982).

10. **Venue:** The facts and circumstances alleged in this affidavit occurred within the Southern District of Iowa, namely, in Des Moines, Iowa, located in Polk County, Iowa.

11. **Offenses:** From on or about October 18th, 2022, to on or about October 26th, 2022, Johnnie Bertrum MELING committed the offense of Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).

12. Title 18, United States Code, Section 2422(b), makes it a federal criminal offense for any person to use any facility or means of interstate commerce, including a computer, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of eighteen years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense (including the production of child pornography), or attempt to do so. I know that under Iowa Code § 709.4, it is a Class C Felony (punishable by up to 10 years in prison) in Iowa for any person to engage in a sex act with a 14 or 15-year-old when the person is four or more years older than the minor.

13. **Background Information on "Skip The Games":** This investigation includes the suspect's utilization of the online escort service Skip The Games, which

4

4:22-mj-768

is a public available escort website service. The following is background information on Skip The Games and a messaging application publicly available to users, Text Now.

14.     Skip The Games is a free-access social escort website that can be accessed at http://www.skipthegames.com. Users can use their accounts to share communication advertisements, photographs, videos, and other sexually explicit information with the general public. Skip The Games website is a popular and frequently used escort website throughout the United States and beyond with a separate website of http://www.skipthegames.eu.

15.     Skip The Games asks users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Skip The Games then vets the user's information for their website. Some Skip The Games users are known to create false user profiles. During the duration of this case, law enforcement had prior owned Skip The Games accounts utilized for this investigation.

16.     A Skip The Games customer can connect directly with the publicly available advertisement, often by texting the phone number provided by the account holder in the advertisement. It is common for account holders to utilize texting and phone calls to coordinate a business transaction for sexual services pertaining to this

5

4:22-mj-768

website. During the course of this investigation, law enforcement used "Text Now" application which generates randomly assigned cell phone numbers to the user.

17. The "Text Now" application uses a smartphone's data plan or Wi-Fi to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content after users register a username.

18. **Criminal Conduct:** In October 2022, I initiated proactive investigations utilizing undercover Skip The Games accounts to combat online child solicitation, child pornography, and child endangerment. These investigations were worked jointly with the Altoona Police Department, Iowa DCI – ICAC, Iowa State University Police Department, Des Moines Police Department, and Federal Bureau of Investigation. During this investigation, Detective Kami Feld from Iowa State University PD, utilized an undercover Skip The Games profile account. The public Skip The Games user profile used by Detective Feld utilized her own consensually provided photographs that she herself took. Detective Feld voluntarily and consensually agreed that for purposes of the investigations, images of her likeness could be used to create images. Images of Detective Feld were edited using image-modification software, such that the images of Detective Feld depicted a 14-year-old female. Some of the altered images on Detective Feld's Skip The Games account were such that other users would be given the impression that the altered images depicted a 14 year old female.

19. During the time Detective Feld used the Skip The Games profile, MELING communicated with her, and was informed he was talking with 14-year-old

female. MELING communicated with Detective Feld (acting as 14-year-old female), on Text Now, from October 18th, 2022 through October 26th, 2022.

20. On or about October 18th, 2022, Detective Feld's Skip The Games account on Facebook, was active and able to be viewed by the public. Detective Feld was contacted by phone number 641-895-8004. This phone number was eventually determined to belong to the suspect in this case, Johnnie MELING.

21. A search of Iowa Department of Transportation records for Johnnie MELING (DOB XX/XX/1982) and found MELING's driver's license photograph. Additionally, throughout conversing with Detective Feld, MELING indicated he lives in Indianola, Iowa, which also matched his Iowa driver's license information. MELING also tells Detective Feld his name is "Jon."

22. On October 19th, 2022, Detective Feld informs MELING that she is 14 years of age with the following text message, "Be 15 in February." Detective Feld frequently speaks about her age throughout the conversation with MELING, including that she is in class in school while they are texting. MELING also acknowledges he is aware of Detective Feld's age through the conversation as he indicates he does not wish to go to jail as well as states he doesn't listen to music later than mid-2000's stating "You know about the time you were born" on October 20th, 2022. MELING also states that he has a 14-year-old daughter with his wife stating, "I might as well be flirting with my daughter's friends" on October 20th, 2022.

23. MELING discusses payment with Detective Feld for sexual services with $200 dollars for an hour being discussed. MELING indicates that he wants to

have oral sex from Detective Feld and wants to ejaculate on her chest and also asks to ejaculate inside of her mouth.

24. MELING tells Detective Feld that he wants to engage in sexual activity with her, asks Detective Feld to take sexual pictures of herself to send to him, and discusses with Detective Feld to receive money in exchange for sex acts. During the conversations MELING frequently requests Detective Feld to take photographs of herself and send them to him. MELING also texts sexually graphic message content to Feld. The following paragraphs contain examples of the conversations Detective Feld had with MELING while acting as a 14-year-old female.

25. MELING and Detective Feld converse about money in exchange for sexual services on October 19th, 2022, in the following exchange:

> MELING: Ok rates?
> FELD: Roughly 50-200
> MELING: Drive truck. Getting loaded in St Joseph
> FELD: (Image)
> MELING: 200 cash?
> FELD: Yea…
> FELD: That's my hourly

26. On October 22nd, 2022, using Text Now, MELING and Detective Feld continued with their conversation. The following exchange occurred:

> MELING: Standing here waiting for shower to warm up
> MELING: Wishing you were here on your knees
> MELING: What are you doing on your knees
> MELING: ????
> FELD: Well I'm on my knees in the shower…
> FELD: Shower sex is 🔥🔥
> MELING: Keep going slut

4:22-mj-768

27. The conversations between MELING and Detective Feld continue to be sexually graphic in nature. See the following exchange on October 22nd, 2022:

MELING: Told you I'm kidnapping you and leaving you in my truck as my new toy 😁
MELING: So....
MELING: Show me what I have asked for slut
MELING: As your daddy commands

28. The conversation on October 22nd, 2022 continues with the following exchange:

MELING: I slide it in
MELING: Slowly at first
FELD: And then?
MELING: We get into a rhythm picking up the pace
MELING: You arch your back more for better angle
FELD: Harder please
MELING: And we go harder faster
MELING: Our bodies slapping together
MELING: You moaning
MELING: I rub your clit to help you
FELD: My legs start to shake
MELING: As your legs give out to your orgasm I slide out.
MELING: You start to jack me off. I stop you and you open your mouth
MELING: I cover your face and breast with my load

29. On October 24th, 2022, MELING discusses the exchange of money with Detective Feld again in the following exchange:

FELD: I need the money
FELD: And I know ur not guna rat 😁
MELING: If you're really lucky
MELING: I might let you earn some money
MELING: Event though you let me down this weekend 😁

9

4:22-mj-768

30. On October 26th, 2022, MELING indicates that he is willing to meet with Detective Feld who is still acting as a 14-year-old female. MELING and Detective Feld converse on through text messaging about her leaving school. MELING indicates to Detective Feld he is willing to pick her up at a nearby school. Detective Feld states to MELING to pick her up at her residence, which was under the control of law enforcement. Detective Feld informs MELING of her address. This correspondence takes place in the following text exchange:

FELD: Tryin to get excused to go to bathroom
FELD: Then I'll head
MELING: Lol ok heading to school now
FELD: Hold up
FELD: I don't want ppl to see
FELD: Meet at my house?
FELD: Or there's a park by my house
MELING: How you going to get there?
FELD: Trying to figure that out now 😛
MELING: Or you could just jump in the car fast LOL even if not right at the school around the corner
FELD: Sounds like Kayla can take me
FELD: Told her I don't feel well and want to go home
MELING: So where am I going?
FELD: K I'm headed there
MELING: Where?
FELD: Ooo yea that's important isn't it lol
FELD: Address is 1219 15th Pl

31. On October 26th, 2022, following the above text chat, MELING arrived at 1219 15th Place, Des Moines, Polk County, Iowa 50009 at approximately 13:30 hours. MELING was operating a black, 2004 Infiniti G35 bearing

4:22-mj-768

Iowa license plate KRV924. This vehicle is registered to MELING. MELING was taken into custody at this residence without incident.

32. MELING was interviewed after he was taken into custody. MELING was read his Miranda Rights prior to being interviewed. MELING admitted during the course of the interview with law enforcement that he had a pornography addiction. MELING admitted he had come to the residence with the intent to have sex with a minor. MELING had $277 in cash in his possession. MELING had his cell phone on his person which was seized for this investigation.

33. A subsequent state search warrant for the contents of MELING's cellular phone recovered the conversation between Detective Feld and MELING excerpted in paragraphs 25 – 30 of this affidavit.

34. Throughout texting with MELING, he indicates his desire to have sex with Detective Feld who is purporting to be a 14-year-old female. MELING also asks Detective Feld to take sexually explicit photographs for him.

4:22-mj-768

## CONCLUSION

35.     The facts presented in this affidavit are not a complete recitation of the facts known to law enforcement; rather, this affidavit is offered solely to establish probable cause for the crime presented in this affidavit.

36.     Over the course of October 18th, 2022, through October 26th, 2022, MELING conversed with undercover Detective Feld. MELING was acting under the belief he was speaking with a 14 year-old female (Detective Feld). During the conversations, MELING repeatedly communicated his desire to engage in specific sexual activity with her, requested Detective Feld send sexually explicit images of herself to him, and offered to pay Detective Feld to engage in sexual activity with him. He traveled to a location in Des Moines, Iowa with the intent to make contact with Feld whom he believed to be a 14 year-old female for the purposes of engaging in sexual activity.

4:22-mj-768

37. Based on a review of this case, and based on my knowledge, training, and experience, I submit that there is probable cause to believe that Johnnie Bertrum MELING has committed the offense of Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

12/07/2022
Date

David Lowe
Task Force Officer
Federal Bureau of Investigation

This application and affidavit were presented to me by Assistant United States Attorney Mallory Weiser.

Subscribed and sworn to before me this 7th day of December, 2022.

HELEN C. ADAMS
Chief United States Magistrate Judge